UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :    Case No. 4-17-00329
DAVID M. SHULTZ, f/k/a DAVID M.             :
ENGLE, and JERIE L. SHULTZ, f/k/a           :
JERIE L. ENGLE,                             :
                                            :    Chapter 13


DEBTORS' PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
WITH POST-PETITION OBLIGATIONS


I, Donald M. Hahn, Esquire, upon my oath according to law, hereby certify as follows:

1.      That the below information is being supplied for compliance with the

        confirmation hearing date on October 13, 2017.

2.      That all post-petition amounts that are required to be paid under any and all

        Domestic Support Obligations have been paid.

3.      That all applicable Federal, State, and local tax returns, as required by 11 USC

        Section 1308 have been filed.

4.      If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason,

        that an updated Certification will be filed with the Court prior to any subsequent

        hearing date in the event any of the information contained in this Certification

        changes.

5.      If this Certification is being signed by counsel for Debtor(s), that the Debtor(s)

        was/were duly questioned about the statements in this Certification and supplied

        answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any

of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

STOVER, McGLAUGHLIN, GERACE,
WEYANDT & McCORMICK, P.C.

Dated: _9/21/17____

BY: _/s/ Donald M. Hahn_____
  Donald M. Hahn, Esquire
  122 East High Street
  P. O. Box 209
  Bellefonte, PA 16823
  (814) 355-8235
  Attorney for Debtor(s)

## DECLARATION

I, David M. Shultz, named as debtor(s) in this case, declare under penalty of perjury that I have read the foregoing Preconfirmation Certification of Compliance With Post-Petition Obligations and that it is true and correct to the best of my/our information and belief.

Dated:_9/20/17____          _/s/ David M. Shultz_____
                                          David M. Shultz


I, Jerie L. Shultz, named as debtor(s) in this case, declare under penalty of perjury that I have read the foregoing Preconfirmation Certification of Compliance With Post-Petition Obligations and that it is true and correct to the best of my/our information and belief.

Dated:_9-20-17____          _/s/ Jerie L. Shultz_____
                                          Jerie L. Shultz